UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-0248-JMS-TAB |
| | ) | |
| JALEN MINION, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

### REPORT AND RECOMMENDATION

On February 16, and April 15, 2024, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on January 31, 2024. [Dkt. 105.] Defendant Minion appeared in person with his appointed FCD counsel Sam Ansell. The government appeared by Cristina Caraballo-Colón and Jordan Oliver, Assistant United States Attorneys. U.S. Parole and Probation appeared by Officers Patrick Jarosh and Michael Burress.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Minion of his rights and ensured he had a copy of the Petition. Defendant Minion orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Minion admitted Violation No. 1 as set forth in the Petition. [Dkt. 105.]

3. The allegation to which Defendant admitted, as fully set forth in the Petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not possess any controlled substances prohibited by applicable state and federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On January 11, 2024, Mr. Minion submitted a urine sample which tested positive for fentanyl. Prior to the submission, he denied the use of illegal substances 30 days prior to the test. The sample was confirmed positive for fentanyl. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The government recommended a sentence of 12 months incarceration with no supervised release to follow. Defendant's counsel argued for home detention, or a lesser period of incarceration with no supervised release to follow.

The Magistrate Judge, having considered the relevant factors set forth in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 12 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 16 APR 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system